Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ D. W. FRANCHOT & COMPANY, INC., et al., Appellants-Respondents, v. CHARLES S. HOPKINS et al., Respondents-Appellants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ EDWARD F. BALLIET, an Infant, by GUSTUS J. AMROSE, His Guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. ALAN R. CONLEY, an Infant, by GUSTUS J. AMROSE, His Guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. JOHN C. DONALDSON, an Infant, by GUSTUS J. AMROSE, His Guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. DONALD T. DOWLING, an Infant, by GUSTUS J. AMROSE, His Guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. HARRY L. DRUMM (Also Known as LEE A. LAWRICK) an Infant, by GUSTUS J. AMROSE, His Guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. RALPH K. FRANKLIN, JR., an Infant, by GUSTUS J. AMROSE, His Guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. CARL H. HAND, III, an Infant, by GUSTUS J. AMROSE, His Guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. DANIEL KUSHNER, an Infant, by GUSTUS J. AMROSE, His Guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. RONALD J. KYRTZ, an Infant, by GUSTUS J. AMROSE, His Guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. THEODORE C. LEMERY, JR., an Infant, by GUSTUS J. AMROSE, His Guardian at Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. DONALD G. MCKINNEY, an Infant, by GUSTUS J. AMROSE, His Guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. ROBERT F. MUHLBAUER, an Infant, by GUSTUS J. AMROSE, His Guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. RAY C. PRESLEY, an Infant, by GUSTUS J. AMROSE, His Guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. JOHN S. TANSEY, an Infant, by GUSTUS J. AMROSE, His Guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. RONALD D. WEBB, an Infant, by GUSTUS J. AMROSE, His Guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied, without costs. Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ F. RICHARD BORNHURST, Appellant, v. MASSACHUSETTS BONDING AND INSURANCE CO., Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. · Present — Williams, P. J., Bastow, Goldman and Henry, JJ.

■ ARNOLD G. HITE, an Infant, by ARTHUR G. HITE, His Guardian ad Litem, et al., Respondents, v. LYONS CENTRAL SCHOOL DISTRICT No. 1, Appellant, et al., Defendant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ HARRY O. OLSON, Respondent, v. RAMONA MAY OLSON, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ In the Matter of GLADYS H. CONE, Respondent, against TOWN OF ONTARIO et al., Appellants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM R. LISS, Appellant.— Motion for reargument denied. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.